police officers and county police officers must be treated as the same classification for the purposes of state statutes.

### III.

### Conclusion

Gansert failed to meet his burden of showing that certain statutes and Merit Board Rules were unconstitutional as violative of due process or equal protection. The trial court correctly granted Meeks' motion to dismiss.

The judgment of the trial court is affirmed.

Garrard, P.J., and Hoffman, J., concur.

NOTE — Reported at 384 N.E.2d 1140.

MICHAEL RAY SIZEMORE, JEFFREY ALLEN SANDLIN
v. STATE OF INDIANA

[No. 1-1277A287. Filed January 29, 1979. Transfer granted October 25, 1979.]

SOUTHERN INDIANA RURAL ELECTRIC COOPERATIVE, INC. v.
THE CIVIL CITY OF TELL CITY, PERRY COUNTY, INDIANA.

[No. 1-1076A199. Filed January 29, 1979.]